IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02341-LTB

JOHN MOORE,

    Plaintiff,

v.

COLORADO SUPREME COURT CASE #2011SC144,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the Motion to Enter into Evidence (Doc. No. 5) filed by Plaintiff on September 15, 2011. This case was dismissed by an order and judgment filed on September 13, 2011. Therefore, Plaintiff's motion is DENIED as inappropriate.

Dated: September 19, 2011